UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
TIME SQUARE CONSTRUCTION, INC.,        :

       Plaintiff,                      :

  -against-                                :   07 CIV 7250

MASON TENDERS DISTRICT COUNCIL OF      :
GREATER NEW YORK & LONG ISLAND             **Rule 7.1 Statement**
and CONSTRUCTION GENERAL               :
LABORERS JATC, LOCAL UNION NO. 79,

       Defendants.                     :
------------------------------------- X

*JUDGE SCHEINDLIN*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Time Square Construction, Inc. certifies that Time Square Construction, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held

Dated: August 14, 2007
      New York, New York

                                   MCDERMOTT WILL & EMERY LLP

                                   By: _____
                                       Joel E. Cohen (JC 5312)
                                  340 Madison Avenue
                                  New York, New York 10173
                                  (212) 547-5400

                                  Attorneys for Plaintiff
                                  Times Square Construction, Inc.

NYK 1116085-1.079158.0011