EPS Judicial Process Service, Inc.
29-27 41ˢᵗ Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC.

                           Plaintiff (s),

   -against-

MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK & LONG ISLAND and
CONSTRUCTION GENERAL LABORERS JATC,
LOCAL UNION NO. 79,

                         Defendant (s).
-----------------------------------------------------------------X

Index No. 07 CIV 7250
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            :s.s.:
COUNTY OF QUEENS    )

      ANTHONY CALDERON, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

      On the 15ᵗʰ day of August, 2007, at approximately 9:45 a.m. at 520 Eighth Avenue, Suite 650, New York, New York, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT FOR INJUNCTIVE RELIEF, CIVIL COVER SHEET, RULE 7.1 STATEMENT, NOTICE OF MOTION FOR INJUNCTIVE RELIEF and MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION, in the above-entitled action, upon MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK & LONG ISLAND AND CONSTRUCTION GENERAL LABORERS JATC, LOCAL UNION NO. 79, defendant herein named, by personally delivering to and leaving thereat true copies of the above-mentioned documents with Lori Tarul. At the time of service, Ms. Tarul identified herself as the

Administrative Assistant for Mason Tenders District Council of Greater New York & Long Island and Construction General Laborers JATC, Local Union No. 79 and as a person authorized to accept service of process for Mason Tenders District Council of Greater New York & Long Island and Construction General Laborers JATC, Local Union No. 79.

Ms. Tarul is a Hispanic female, approximately 30-35 years of age, 5'5" tall, 120 lbs with dark hair and light eyes.

Sworn to before me this
15th day of August, 2007

_____
NOTARY PUBLIC

EDWIN PATRICK SANTAMARIA
Notary Public, State of New York
No. 01SA6062013
Qualified in New York County
Commission Expires July 30, 20 09

_____
ANTHONY CALDERON
Organization License No. 1155020