ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
TIME SQUARE CONSTRUCTION, INC.,  :
                                  :   07 CIV. 7250    (SAS)(AJP)
            Plaintiff,            :
                                  :
    -against-                     :   **NOTICE OF MOTION**
                                  :   **FOR INJUNCTIVE RELIEF**
MASON TENDERS DISTRICT COUNCIL OF :
GREATER NEW YORK & LONG ISLAND    :
AND CONSTRUCTION GENERAL          :
LABORERS JATC, LOCAL UNION NO. 79,:
                                  :
            Defendants.           :
------------------------------------------------------------ X

PLEASE TAKE NOTICE that Plaintiff Time Square Construction, Inc. ("Time Square"), by and through its attorneys, McDermott Will & Emery LLP, will move this court, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined, for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for injunctive relief enjoining Mason Tenders District Council of Greater New York & Long Island ("MTDC") and Construction General Laborers JATC, Local Union No. 79 (collectively the "Defendants"), from pursuing claims against Time Square in any arbitration brought pursuant to the multi-employer collective bargaining agreement between the Building Contractors

Association, Inc. and MTDC.

Dated: New York, New York
August 14, 2007

                              Respectfully submitted,

                              McDERMOTT WILL & EMERY LLP

                              By:_____
                                  Joel E. Cohen (JC 5312)

340 Madison Avenue
New York, New York 10173-1922
Tel: (212) 547-5400
Fax: (212) 547-5444

Attorneys for Plaintiff

NYK 1115843-1.079158.0011