UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
TIME SQUARE CONSTRUCTION, INC.,    :

        Plaintiff,    :

  -against-    :    07 CIV. 7250 (SAS)

MASON TENDERS DISTRICT COUNCIL OF :
GREATER NEW YORK & LONG ISLAND    **ORDER**
and CONSTRUCTION GENERAL    :
LABORERS JATC, LOCAL UNION NO. 79,

        Defendants.
------------------------------------- X

SHIRA A. SCHEINDLIN, U.S.D.J.

    WHEREAS, the parties appeared before this Court on Wednesday, August 22, 2007, at which time the parties and the Court agreed to the following discovery and briefing schedule;

    NOW, THEREFORE, the following discovery and briefing schedule has been set:

(1)    Discovery is to be completed on or before October 19;

(2)    Plaintiff's supplemental brief shall be served and filed on or before November 19, 2007;

(3)    A hearing shall be held on November 26, 2007 at 10 a.m.;

(4)    Defendants' responsive brief, if any, shall be served and filed on or before December 11, 2007;

(5)    Plaintiff's reply brief, if any, shall be served and filed on or before December 18, 2007.

SO ORDERED:

*[signature]*
Shira A. Scheindlin, U.S.D.J

8/27/07