# EXHIBIT

# B

COPY

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

TIMES SQUARE CONSTRUCTION, INC.,

                 Plaintiff,

       -against-            07-CV-7250

MASON TENDERS DISTRICT COUNCIL OF

GREATER NEW YORK & LONG ISLAND and

CONSTRUCTION GENERAL LABORERS JATC,

LOCAL UNION NO. 79,

                 Defendants.

-------------------------------------x

                 October 18, 2007

                 10:15 a.m.

       Deposition of DONAL G. O'SULLIVAN,

held at the offices of McDermott Will &

Emery LLP, 340 Madison Avenue, New York, New

York, pursuant to Stipulation, before John

Ianno, Jr., a Notary Public of the State of

New York.

                        △ T R I S T A R
                    COURT REPORTING SERVICE, INC.
                       Tel: 212.922.9144

4

1

2    **D O N A L   G.   O ' S U L L I V A N,**

3           called as a witness, having been first duly

4           sworn by the Notary Public (John Ianno, Jr.),

5    was examined and testified as follows:

6    **EXAMINATION BY**

7    **MR. PETERSON:**

8           Q.     Good morning.

9           A.     Good morning.

10          Q.     I'm Lowell Peterson, I represent the

11   union in this case, in which Times Square

12   Construction is the plaintiff, and I understand

13   that you are an officer of Navillus; is that

14   right?

15          A.     Correct.

16          Q.     What is the full name of the Navillus

17   company that you are an officer of?

18          A.     Navillus Tile, Incorporated.

19          Q.     Is there also Navillus Construction,

20   or Navillus Concrete, or does Navillus have any

21   other names it goes by?

22          A.     d/b/a.

23          Q.     d/b/a meaning doing business as?

24          A.     Correct.

25          Q.     What office do you hold in Navillus?

1                              **D. O'Sullivan**

2          A.    I'm the president.

3          Q.    How long have you been the president?

4          A.    Since its beginning.

5          Q.    Which is when?

6          A.    '87.

7          Q.    Are you also a -- do you have an

8     ownership interest in Navillus?

9          A.    I do.

10         Q.    What percentage?

11         A.    50.

12         Q.    Is there one person that has the other

13    50?

14         A.    That's correct.

15         Q.    Who is that?

16         A.    Kevin O'Sullivan.

17         Q.    Have you each been 50-50 owners since

18    1987?

19         A.    No.

20         Q.    When did that start, when you each

21    owned half?

22         A.    Approximately 1999.

23         Q.    I understand Kevin resigned as an

24    officer at some point last year, but before that,

25    what office did he hold in the company?

9

*D. O'Sullivan*

1

2      Q.    Has anyone else had an ownership

3  interest in Times Square other than the two of

4  you?

5      A.    No.

6      Q.    Do you hold an office in Times Square?

7      A.    No.

8      Q.    Do you know why Kevin resigned his

9  office at Navillus?

10     A.    No.

11     Q.    Did he say anything to you about why

12  he was resigning?

13     A.    We talked about getting into

14  development some while back.  We agreed after

15  looking at some properties, we agreed that he

16  would, Kevin would run that division, I would run

17  the Navillus division.

18     Q.    You mentioned division.  Division --

19     A.    Put another word, that company, or...

20     Q.    There is also an entity called Eighth

21  and 48th Street Development Corp.?

22     A.    Yes.

23     Q.    What is the function of that company?

24     A.    The owner -- part owners of the 785

25  project.

1                    *D. O'Sullivan*

2    connection with the property?

3          A.    Correct.

4          Q.    When did you first start doing

5    anything, I'm not talking about ownership, not

6    talking about work, but anything at all, when did

7    you first start working?

8          A.    Me personally, or Navillus?

9          Q.    You personally.

10         A.    Me personally -- November, 2005,

11   approximately.

12         Q.    What was it that you were doing in

13   approximately November, 2005?

14         A.    We were discussing a partnership with

15   our partners today of -- we were discussing

16   partnership, discussing partnership, really.

17         Q.    That's the company Mr. Eisenstat is an

18   owner of?

19         A.    Personal, I don't know whether he owns

20   that company that time or not.  This was a

21   conversation between I and Jay and his partner,

22   Dave.

23         Q.    What is Dave's last name?

24         A.    Scharf.

25         Q.    Probably S C H A R F?

1                     **D. O'Sullivan**

2      that you or your brother have owned before Eighth

3      Avenue?

4          A.    No.

5          Q.    I must be mashing the question then.

6          A.    We would have had -- our contract

7      would be with general contractors.

8          Q.    Fair enough.  Unless you were the GC

9      yourself, that is to say Navillus was the GC?

10         A.    Correct.  On the GC, Navillus's

11     general contracting would be just agency work, as

12     in SCA, school construction authority, and DDC,

13     those divisions.

14         Q.    Got you, with respect to the nonagency

15     stuff where you, being Navillus, is not the

16     general contractor, ordinarily you would submit a

17     bid to the general contractor for the portion of

18     the work that Navillus was hoping to perform;

19     correct?

20         A.    For the most part.

21         Q.    Can you give us an estimate of how

22     many times, other than Eighth Avenue and 34th

23     Street Navillus, has been awarded a contract on a

24     cost plus basis?

25         A.    I couldn't.

25

*D. O'Sullivan*

1

2  set the schedule.

3      Q.    You were a member of the development

4  team?

5      A.    No, I'm not.  There is -- let me be

6  clear on this -- our partners have all the

7  responsibility of the development team with

8  reference to 785 or development duties I guess you

9  would call it.

10      Q.    What do you mean by development

11  duties?

12      A.    Requisitions, schedules, financing,

13  those type things.

14      Q.    Who decided that Navillus would do

15  work at Eighth Avenue?

16      A.    We were hired by Times Square.

17      Q.    Who did you talk with about Navillus

18  being hired to do work at Eighth Avenue?

19      A.    I don't know if I actually talked to

20  anyone.  Again, I'm not sure, I don't get involved

21  in a lot of details with jobs, it could very well

22  be my project manager.

23      Q.    Who is that?

24      A.    For this particular job at the time

25  was Gerry Cormican.

36

*D. O'Sullivan*

1
2      Q.    All right, what about Wayne Murphy,
3   when did he start working for Navillus?
4      A.    Not sure.
5      Q.    What was his job when he was at
6   Navillus?
7      A.    Safety manager, safety inspector is a
8   better word, better description.
9      Q.    Do you know if he worked for Navillus
10  longer than a year, less than a year?
11     A.    I know he worked for Navillus sometime
12  back.
13     Q.    When did he go to Times Square?
14     A.    Sometime the early first half of this
15  year again, I'm not sure.
16     Q.    Of 2007?
17     A.    Yes.
18     Q.    When did Wayne Murphy start working at
19  the Eighth Avenue job site?
20     A.    Fall of 2006.
21     Q.    So in the fall of 2006, was he the
22  safety inspector employed by Navillus at the job?
23     A.    Yes.
24     Q.    That's the job he currently performs
25  at the job site for Times Square; correct?

1          **D. O'Sullivan**

2      next one.

3              MR. PETERSON:  Next one.

4              MR. STURM:  Weren't you referring to

5      1121 --

6              MR. PETERSON:  No, 1119 --

7          Q.    But by way of coming attractions,

8      let's look at 1121, that is signed by you on

9      behalf of Times Square Construction also; correct?

10         A.    Correct, again, same date.

11         Q.    March 3, 2006?

12         A.    This would have been a case where I

13     would have been asked to go in and -- Kevin would

14     have asked me to go in and sign these documents

15     all in one day.  So that we know the process of

16     these things, these would have been reviewed by

17     Kevin's attorney, and he would have okayed, if he

18     wasn't here, he would have okayed me, he would

19     have asked me to go in and sign these, in order to

20     again, let a bank closing proceed or something to

21     that effect.

22         Q.    Well, you are not saying you lacked

23     the authority to bind Times Square Construction,

24     are you?

25         A.    What I'm saying is I would not have

### D. O'Sullivan

1  
2  that a bill would be paid like that.

3  MS. PITTAWAY:  I'll go ahead and ask

4  my client, because I'm sure we have our own

5  records.

6  MR. PETERSON:  I would be surprised if

7  it were anything other than what we think it

8  is, but...

9  Q.  Do you know a man named Nick Albanese?

10  A.  Met him about ten years ago.

11  Q.  Okay, in what circumstances did you

12  meet Nick ten years ago?

13  A.  He asked Navillus to be a payroll

14  master on a job downtown.  He was a business agent

15  at the time.

16  Q.  For Local 79?

17  A.  Sorry, he might have been a business

18  agent or an organizer, I'm not so sure, but it was

19  1996 or '7, there were people asking me if we

20  could put an individual from 79 on as a payroll

21  master on a job.

22  Q.  And did you?

23  A.  Yes.

24  Q.  Do you know who the other contractor

25  was?

*D. O'Sullivan*

1

2      A.    It wasn't a contractor, I think it was

3  an owner. Actually I'm not that sure.  It was 121

4  Reade Street was the address.

5      Q.    Between then and 785 Eighth Avenue has

6  Navillus served as a paymaster for anyone else?

7      A.    I really don't know.

8      Q.    Did you have any meetings or

9  conversations with Nick Albanese between that job

10  on Reade Street, and the summer of 2007?

11      A.    No.  I didn't have any conversations

12  with him.

13      Q.    In summer of 2007 either?

14      A.    No.

15      Q.    But Navillus did serve as a paymaster

16  for Nick Albanese on the Eighth Avenue job at some

17  point this year; correct?

18      A.    For a week or so.

19      Q.    How did that come about?

20      A.    Times Square requested of Navillus to

21  put on a -- somebody from 79 as -- asked us to be

22  paymaster.

23      Q.    Who at Times Square made this request?

24      A.    I believe it was Fergal, and it

25  wouldn't be to me.

1                    **D. O'Sullivan**

2    general contractors, I don't know what they do.

3        Q.    Navillus has a collective bargaining

4    agreement with Local 79?

5        A.    Right.

6        Q.    Approximately when was this, that

7    Navillus became a paymaster?

8        A.    I don't know, I think I was in Ireland

9    at the time but that would have been the summer of

10   2006 sometime, '7.

11       Q.    Did Navillus employ Local 79 members

12   at the job site at that time?

13       A.    Can't answer, don't know.

14       Q.    Do you know what phase Navillus's work

15   was in at that time at the job site?

16       A.    Superstructure work.

17       Q.    Do you know if in doing the

18   superstructure work you employed 79 laborers?

19       A.    No, you do not.

20       Q.    So would a fair summary be that you

21   don't know for a fact whether Navillus was

22   employing other Local 79 members at that time, but

23   the chances are it wasn't, because it was doing

24   superstructure work; is that a fair statement?

25       A.    Correct.

1                    *D. O'Sullivan*

2        A.    He just -- he mentioned in

3   conversation to me that he goes to the job every

4   day looking -- my general superintendent watching

5   my concrete crew, and I think he was upset that he

6   got tied into something where he -- where we

7   accepted Navillus as being a paymaster of --

8        Q.    Who got upset?

9        A.    Gabriel, that 79 would send out such

10  an individual, in order to keep the peace.

11       Q.    Who was on the hook for the money,

12  though, let's say this is accurate, Nick Albanese

13  showed up and didn't perform any productive work.

14  Whose pocket did the money that paid Albanese come

15  out of?

16       A.    We -- I think we paid him the first

17  week, whatever Times Square would have -- Times

18  Square would have told -- I'm not too sure on that

19  one, but we would have paid for the first week,

20  and we would bill Times Square.

21       Q.    So anything that Navillus paid to Nick

22  Albanese, you would simply bill Times Square for?

23       A.    Correct.

24       Q.    Is that in fact what happened here?

25       A.    I have no idea.