# EXHIBIT

# F

F — 1

Navillus Tile, Inc.
53-18 11th Street
Long Island Cty, NY  11101

| | |
|---|---|
| Invoice Date | 01-30-2007 |
| Customer ID | T.IMES |
| Invoice ID | 91676 |

Work Order                    Ship Date

To:
     Time Square Construction

Job Location:

Ship Via
None

| 1 | Rent 4th Qtr 2006 | 3,000.00 |
|---|---|---|

|  |  |
|---|---|
| Amount Billed | $3,000.00 |
| Retainage Held |  |
| 01-30-2007 | $3,000.00 |

CONFIDENTIAL

TIME SQUARE 00965

D O'S # 5

F - 2

# Navillus Tile, Inc.

# INVOICE

53-18 11th Street,
L.I.C ,NY 11101
Phone 718-784-0500

| | |
|---|---|
| **DATE:** | January 30, 2007 |
| **INVOICE #** | 3 |
| **FOR:** | *TSC* |

**Bill To:**

Time Square Construction
355 Lexington Ave
New York ,NY 10017

| | |
|---|---|
| 4th QTR 2006 | |
| Lease Office Space at 53-18 11th Street ,L.I.C,NY 11101 (1mts) | |
| Use of Office Equipment & Telephones (1mts) | 3,000.00 |
| | |
| **TOTAL** | $ 3,000.00 |

Make all checks payable to Navillus Tile ,Inc.

**THANK YOU FOR YOUR BUSINESS!**

CONFIDENTIAL

F -3

Navillus Tile, Inc.
53-18 11th Street
Long Island Cty, NY 11101

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09-30-2006 | T.IMES | 91675 |
| | Work Order | Ship Date |

To:                                          Job Location:

Time Square Construction

Ship Via
None

| 1 | Rent 3rd Qtr 2006 | 9,000.00 |

| Amount Billed | $9,000.00 |
|---|---|

Retainage Held

09-30-2006                                        $9,000.00

CONFIDENTIAL                          TIME SQUARE 00967

F - 4

# Navillus Tile, Inc.

# INVOICE

53-18 11th Street,
L.I.C ,NY 11101
Phone 718-784-0500

| | |
|---|---|
| **DATE:** | September 30, 2006 |
| **INVOICE #** | 2 |
| **FOR:** | *TSC* |

**Bill To:**

Time Square Construction
355 Lexington Ave
New York ,NY 10017

| | |
|---|---:|
| 3rd QTR 2006 | |
| Lease Office Space at 53-18 11th Street ,L.I.C,NY 11101 (3mts) | |
| Use of Office Equipment & Telephones (3mts) | 9,000.00 |
| **TOTAL** | 9,000.00 |

Make all checks payable to Navillus Tile ,Inc.

**THANK YOU FOR YOUR BUSINESS!**

CONFIDENTIAL

F - 5

Navillus Tile, Inc.
53-18 11th Street
Long Island Cty, NY  11101

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 07-30-2006 | T.IMES | 91674 |
| Work Order | | Ship Date |

To:
Time Square Construction

Job Location:

Ship Via
None

| 1 | Rent 2nd Qtr 2006 | | 9,000.00 |
|---|---|---|---|

| | Amount Billed | $9,000.00 |
|---|---|---|
| | Retainage Held | |
| 07-30-2006 | | $9,000.00 |

CONFIDENTIAL

TIME SQUARE 00969

F - 6

# Navillus Tile, Inc.

# **INVOICE**

53-18 11th Street,
L.I.C ,NY 11101
Phone 718-784-0500

| | |
|---|---|
| **DATE:** | July 30, 2006 |
| **INVOICE #** | 1 |
| **FOR:** | *TSC* |

Bill To:

Time Square Construction
355 Lexington Ave
New York ,NY 10017

| | |
|---|---:|
| 2nd QTR 2006 | |
| Lease Office Space at 53-18 11th Street ,L.I.C,NY 11101 (3mts) | |
| Use of Office Equipment & Telephones (3mts) | 9,000.00 |
| **TOTAL** | 9,000.00 |

Make all checks payable to Navillus Tile ,Inc.

**THANK YOU FOR YOUR BUSINESS!**

CONFIDENTIAL

F - 7



F - 8

Commerce Online - Check Image                                      Page 1 of 1

To print this page Click Here.
Close Window

This is the front of your check



https://www.commerceonlinebanking.com/popup/checkImage.asp?index=1          10/15/2007

CONFIDENTIAL                                                    TIME SQUARE 00972

F - 9

F −10



## LEASE SUMMARY

**Landlord:**    355 Lexington LLC

**Tenant:**    Time Square Construction, Inc.

**Premises:**    355 Lexington Avenue, 17th Floor, New York, New York

**Term:**    November 1, 2006 to April 30, 2017

**Rent Schedule:**

First Rent Period    -    from November 1, 2006 to April 30, 2007
Only paying $         for electric during the First Rent Period

Second Rent Period    -    annually from May 1, 2007 to April 30, 2012
(Monthly Rental Amount           )

Third Rent Period    -    annually from May 1, 2012 to April 30, 2007
(Monthly Rental Amount           )

**Initial Rent Holiday:**    November 1, 2006 to April 30, 2017

**Additional Rent Credit:**        (entitled to this credit after June 1, 2007)

**Use of Premises:**    General and executive offices only

**General Alterations:**    No Landlord consent required if renovations are decorative, are
or under, and do not affect electrical, plumbing,
heating, ventilation, air conditioning or other Building system or
any portion of the Building outside of the Premises.

Tenant responsible for Class E fire alarm and communication system and sprinkler system in
Premises (Sections 3.04 and 3.05).

**Initial Work (Section 3.08):** Includes sprinkler system, unisex bathroom and Class E fire alarm
and communication system.

CONFIDENTIAL    TIME SQUARE 00204



Landlord contribution          In accordance with AIA Form G704, payments will be made upon receipt of proof of payment to vendors and partial release of liens.

Soft costs, i.e. consultant, architectural, engineering and design fees, permit fees and moving expenses, cannot exceed

Landlord will not disburse final balance of 10% until job is completed with all sign offs, etc.

Landlord contribution for unisex bathroom

**Estoppel Certificate (Section 7.03):**      Must be completed by Tenant within 10 days of receipt.

**Assignment (Section 11.02):**      Shall be permitted with Landlord's prior written consent.

**Sublet (Section 11.03):**      Shall be permitted with Landlord's prior written consent.



First 4,000 square feet sublet shall be without any entitlement by Landlord to profits, etc.  Any sublet thereafter Landlord shall share in profits.

Tenant can sublease up to 2,000 square feet for office purposes (these office sublets will not require the Landlord's prior written consent).

May assign to affiliates without Landlord's prior written consent (must give notice only).

**Late Payment Fee (Section 19.04):**  3% above current prime as charged by JP Morgan Chase

**Base Tax Year (Section 23.01):**      July 1, 2006 to June 30, 2007

**Tenant's Proportionate Share (Section 23.01):**

Tenant responsible for increase in taxes and labor rates over base year (Section 23.01).

**Services Provided (Article 29):**

| | |
|---|---|
| Elevators: | M-F (8:00 a.m. to 6:00 p.m.) |
| | Sat. (8:00 a.m. to 1:00 p.m.) |
| Heat: | M-F (8:00 a.m. to 6:00 p.m.) |
| | Sat. (8:00 a.m. to 1:00 p.m.) |
| AC: | M-F (8:00 a.m. to 6:00 p.m.) |
| | Sat. (8:00 a.m. to 1:00 p.m.) |

Cleaning except kitchen area
Electricity ($        per month)
Water:      Lavatory use only

CONFIDENTIAL                                      TIME SQUARE 00205





**Security Deposit (Article 35):**     Letter of Credit {            each year it reduces
                                       ) until it reaches         by fifth (5th) year.

**Personal Guaranty Provided By Kevin O'Sullivan (Section 35.08).**



CONFIDENTIAL                                        TIME SQUARE 00206