# EXHIBIT
# G

G – 1

# MINUTES OF THE MEETING
## OF THE BOARD OF DIRECTORS
## OF
## NAVILLUS TILE, INC.

A meeting of the Board of Directors of the above captioned Corporation was held on the date, time and at the place set forth in the written waiver of notice signed by a quorum of the Directors, in accordance with the Corporation's By-Laws, fixing such time and place, and prefixed to the minutes of this meeting.

A quorum of the members of the Board of Directors being present, the meeting was called to order by the President. The President then advised that it was in the best interests of the Corporation to accept the resignation of Kevin O'Sullivan as Executive Vice President, Secretary and Treasurer of the Corporation. Upon motion duly made, seconded and unanimously carried, it was:

**RESOLVED**, that the Corporation accept the resignation of Kevin O'Sullivan as Executive Vice President, Secretary and Treasurer and that such resignation would be effective as of September 5, 2006.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the same was adjourned.

Secretary

DOS # 4

Approved:

President