# EXHIBIT I

# TIME SQUARE CONSTRUCTION

## INVITATION TO BID

| | | | |
|---|---|---|---|
| **To:** | Mike Lynch | | |
| **Company:** | Hightower Construction | | |
| **From:** | German | **Date:** | May 31, 2007 |
| **Telephone:** | 718-894-4294 | **Date Due:** | June 8, 2007 |
| **Re:** | Masonry & Stone | | |

As a follow up to our telephone conversation, please review attached Drawings for the upcoming project at 47-49 East 34th Street. Please provide pricing as per drawings and Specifications.

We have included the following as part of our bid package:

- Invitation to Bid cover sheet
- **Drawings:** Architect is H. Thomas O'Hara dated 3/30/07
- A-001 - A-005, A-100 - A013, A-200 - A-202, 204, 205, 210 - 213, 215, 218, 220
- A-221, 300 - 302, 304 - 310, 400 - 402, 500 - 503, 600, 602 - 608, 700, 701
- A-800, 901 - 903
- Specifications dated June 23rd, 2006
- 00700, 00800, 01010, 01300, 01400, 01500, 01700
- 04200, 04405, 04720

If you have any questions, please do not hesitate to contact the undersigned.

**Signed:** Kieran Power         **Date:** May 31, 2007

355 Lexington Avenue, New York, NY 10017        Tel (212) 687 1400    Fax (212) 687 1415



# TIME SQUARE CONSTRUCTION

## INVITATION TO BID

**To:**

**Company:** Chalfont Construction

**From:** Kieran Power   **Date:** November 9, 2006

**Telephone:** 718-229-4900   **Date Due:** November 17, 2006

**Re:** Masonry

As a follow up to our telephone conversation, please review attached Drawings for the upcoming project at 47-49 East 34th Street. Please provide pricing as per drawings and Specifications.

We have included the following as part of our bid package:

- Invitation to Bid cover sheet
- **Drawings:** Architect is H. Thomas O'Hara dated 7/13/06
- A-001 – A-005, A-100 – A013, A-200 – A-202, 204, 205, 210 – 213, 215, 218, 220
- A-221, 300 – 302, 304 – 310, 400 – 402, 500 – 503, 600, 602 – 608, 700, 701
- A-800, 901 – 903
- Specifications dated June 23rd, 2006
- 00700, 00800, 01010, 01300, 01400, 01500, 01700
- 04200, 04405, 04720, 07600, 07670, 07840, 07900

If you have any questions, please do not hesitate to contact the undersigned.

**Signed:** Kieran Power   **Date:** November 9, 2006

53-18 11th Street, Long Island City, NY 11101   Tel (718) 784-0500   Fax (718) 784-3107

CONFIDENTIAL                                                TIME SQUARE 00620

# TIME SQUARE CONSTRUCTION

## INVITATION TO BID

| | | | |
|---|---|---|---|
| **To:** | Louis Larino | | |
| **Company:** | Larino Masonry | | |
| **From:** | Kieran Power | **Date:** | November 14, 2006 |
| **Telephone:** | 845-494-1254 | **Date Due:** | November 22, 2006 |
| **Re:** | Masonry | | |

As a follow up to our telephone conversation, please review attached Drawings for the upcoming project at 47-49 East 34th Street. Please provide pricing as per drawings and Specifications.

We have included the following as part of our bid package:

- Invitation to Bid cover sheet
- **Drawings:** Architect is H. Thomas O'Hara dated 7/13/06
- A-001 – A-005, A-100 – A013, A-200 – A-202, 204, 205, 210 – 213, 215, 218, 220
- A-221, 300 – 302, 304 – 310, 400 – 402, 500 – 503, 600, 602 – 608, 700, 701
- A-800, 901 – 903
- Specifications dated June 23rd, 2006
- 00700, 00800, 01010, 01300, 01400, 01500, 01700
- 04200, 04405, 04720, 07600, 07670, 07840, 07900

If you have any questions, please do not hesitate to contact the undersigned.

| | | | |
|---|---|---|---|
| **Signed:** | Kieran Power | **Date:** | November 14, 2006 |

53-18 11th Street, Long Island City, NY 11101     Tel (718) 784-0500     Fax (718) 784-3107



# TIME SQUARE CONSTRUCTION

## INVITATION TO BID

**To:** Peter

**Company:** Navillus

**From:** Kieran Power          **Date:**

**Telephone:**                   **Date Due:** November 17, 2006

**Re:** Masonary, Concrete, Foundation.

As a follow up to our telephone conversation, please review attached Drawings for the upcoming project at 47-49 East 34th Street. Please provide pricing as per drawings and Specifications.

We have included the following as part of our bid package:

- Invitation to Bid cover sheet
- **Drawings:** Architect is H. Thomas O'Hara dated 7/13/06
- A-001 - A-005, A-100 - A013, A-200 - A-202, 204, 205, 210 - 213, 215, 218, 220
- A-221, 300 - 302, 304 - 310, 400 - 402, 500 - 503, 600, 602 - 608, 700, 701
- A-800, 901 - 903
- S-001 - 003, S101-121, S201, 202, 301 - 303
- Specifications dated June 23rd, 2006
- 00700, 00800, 01010, 01300, 01400, 01500, 01700
- 03300, 04200, 04405, 04720, 07600, 07670, 07840, 07900

If you have any questions, please do not hesitate to contact the undersigned.

**Signed:** Kieran Power                **Date:**

53-18 11th Street, Long Island City, NY 11101     Tel (718) 784-0500     Fax (718) 784-3107

CONFIDENTIAL                                   TIME SQUARE 00622

# TIME SQUARE CONSTRUCTION

## INVITATION TO BID

**To:** Pat Shannon

**Company:** Shannon Construction

**From:** Kieran Power            **Date:** November 10, 2006

**Telephone:**                    **Date Due:** November 22, 2006

**Re:** Masonry

As a follow up to our telephone conversation, please review attached Drawings for the upcoming project at 47-49 East 34th Street. Please provide pricing as per drawings and Specifications.

We have included the following as part of our bid package:

- Invitation to Bid cover sheet
- **Drawings:** Architect is H. Thomas O'Hara dated 7/13/06
- A-001 - A-005, A-100 - A013, A-200 - A-202, 204, 205, 210 - 213, 215, 218, 220
- A-221, 300 - 302, 304 - 310, 400 - 402, 500 - 503, 600, 602 - 608, 700, 701
- A-800, 901 - 903
- Specifications dated June 23rd, 2006
- 00700, 00800, 01010, 01300, 01400, 01500, 01700
- 04200, 04405, 04720, 07600, 07670, 07840, 07900

If you have any questions, please do not hesitate to contact the undersigned.

**Signed:** Kieran Power            **Date:** November 10, 2006

53-18 11th Street, Long Island City, NY 11101     Tel (718) 784-0500    Fax (718) 784-3107

CONFIDENTIAL                                                TIME SQUARE 00623