# EXHIBIT
# J

10/09/2007  21:37  12124657992  MASON TENDERS  PAGE 02/02

*Done*

## CONTRACTOR REQUEST REPORT

CALL IN DATE: 6/1/07  START TIME: 7:00 (AM)-PM

JOB START DATE: 6/4/07  (MON) TUES WED THURS FRI SAT SUN

CONTRACTOR NAME: Navillus (Time Sq. Const.) G.C.

JOB SITE ADDRESS: 785 8th Ave

CROSS-ST. 48 ST  FL.____ LENGTH OF JOB____

CONTACT PERSON: Lenny

DEMO, IND., BCA, CAGNY, OTHER____

BOROUGH: (MANHATTAN) BROOKLYN QUEENS BRONX STATEN ISLAND

WORKER TYPES: SHOP ✓  (A)____  (B)____  APPRENTICE____

### QUALIFICATIONS REQUESTED:

|  |  |  |
|---|---|---|
| ____ MASON TENDER | ✓ G.C. LABOR | ____ DEMOLITION |
| ____ MORTAR MIXER | ____ PUNCHLIST | ____ TOTAL DEMOLITION |
| ____ PIPE SCAFFOLD | ____ FIREPROOF MIXER | ____ BURNER |
| ____ HANG SCAFFOLD | ____ FIREPROOFER | ____ FIREWATCH |
| ____ RESTORATION | ____ PLASTERER TENDER |  |

AREA BA: NAME:  PHONE NUMBER:

Joe Gongolise  646-265-5539

DIRECTIONS:

OK Nich Albanese  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

REQUESTED BY:

J.C.

CONFIDENTIAL  TIME SQUARE 00510

J-1

10/09/2007  21:37   12124657992   MASON TENDERS   PAGE 01/02

**CONSTRUCTION & GENERAL BUILDING LABORERS' LOCAL 79**
JOB ADMINISTRATION DEPARTMENT
520 8th Avenue, 6th Floor, New York, NY 10018
Phone: 212-465-7915   Fax: 212-465-7992

# Fax

To: Lauren Dean     From: Job Admin
Fax:                Date: 10/10/07
Phone:              Pages: 2
Re: Navillus        CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments:

CONFIDENTIAL                                     TIME SQUARE 00509

J-2

J.-3

# Construction and General Building Laborers Local 79

520 8th Avenue Suite 679, New York, NY  10018
Phone (212) 465-7900    Fax (212) 465-7947

## Member OWL Call History

| Name: | NICHOLAS ALBANESE | Local: Local 79 | Book No: 2684124 |
|---|---|---|---|
| Address: | 1556 FORGE POND RD. | SS No: 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 | Initiation: 3/30/1985 |
|  | BRICK, NJ 08724 | DOB: 3/27/1954 | Mem Status: Journeyman |
| Phone: (732) 785-0426 | Fax: (732) 278-9231 | Beeper: | Pay Status: Active |

Print Date: 10/11/2007  3:41 pm

| Call Date | Call Result | SS | Notes | Employer | Jobsite |
|---|---|---|---|---|---|
| 06/22/2007  05:23pm | Accepted | | Yes | GOTHAM CONSTRUCTION CO | 39-45 E. 39th St.-New York |
| Notes: SS Job start 6/25/07@7a.m. | | | | | |
| 06/01/2007  02:49pm | Accepted | | Yes | NAVILLUS CONTRACTING / T | 785 8th Ave.-New York |
| Notes: SS Job start 6/4/07@7a.m.(Paymaster for Time Square Const.) | | | | | |
| 05/21/2007  11:23am | Accepted | | Yes | MILLENNIUM CONTRACTING | 1251 6th Ave.-New York |
| Notes: SS Job start 5/23/07@7a.m. | | | | | |
| 12/07/2006  02:52pm | Accepted | | Yes | Linear Contracting Inc | 34th St. & 2nd Ave.-New York |
| Notes: SS Job start 12/11/06@7a.m. | | | | | |
| 08/05/2006  08:18pm | Accepted | | Yes | CALDWELL & WALSH BLDG C | 70ST & YORK AVE CORNELL MED CE |
| Notes: SS Job start date 8/7/06@7a.m. | | | | | |
| 07/28/2005  01:55pm | Accepted | | Yes | TISHMAN CONST CORP OF MA | 88 Leonard St.-New York |
| Notes: (SS) Job start date 7/31/06@7a.m. | | | | | |
| 07/14/2006  07:00am | Accepted | | Yes | TRI-LINE CONTRACTING CORI | 126th St. & Lenox Ave. -UNK |
| Notes: SS to replace Frank Esposito for good | | | | | |
| 07/13/2006  07:00am | Accepted | | Yes | TRI-LINE CONTRACTING CORI | 126th St. & Lenox Ave. -UNK |
| Notes: void wrong date | | | | | |
| 02/02/2006  07:00am | Accepted | | Yes | FMC CONSTRUCTION LLC | 100 Maiden Lane -UNK |
| Notes: SS - To repl. James Cardone for good | | | | | |
| 11/21/2005  07:00am | Accepted | | Yes | ALL-CITY INTERIOR CONTRAC | 575 Madison Ave -UNK |
| Notes: SS (Paymaster for Scorpio Const.) | | | | | |