UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC.

                Plaintiff,

                                                                          07-CV-7250

   - against -                                                      (SAS)(AJP)

MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK & LONG ISLAND
AND GENERAL
LABORERS JATC, LOCAL UNION NO. 79,

                Defendants.
------------------------------------------------------------X

## DEFENDANTS' REPLY MEMORANDUM OF LAW

                                          MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                                          Lowell Peterson, Esq. (LP 5405)
                                          1350 Broadway, Suite 501
                                          New York, New York 10018
                                          (212) 239-4999

                                          MASON TENDERS DISTRICT COUNCIL
                                          OF GREATER NEW YORK

                                          Tamir W. Rosenblum (TR 0895)
                                          Haluk Savci (HS 0853)
                                          520 Eighth Avenue, Suite 650
                                          New York, New York 10018
                                          (212) 452-9451

Attorneys for Defendants

## TABLE OF CONTENTS

PRELIMINARY STATEMENT ................................................................................................... 1

STATEMENT OF FACTS ............................................................................................................ 2

ARGUMENT ................................................................................................................................ 11

      I.      The Legal Standards ................................................................................................. 12

            A.    Joint Employer ............................................................................................. 13

            B.    Single Employer ........................................................................................... 15

                    i.    Single Employer Factors ................................................................. 16

                    ii.   Appropriate Bargaining Unit ........................................................... 20

            C.    Alter Ego ...................................................................................................... 22

      II.     Enforcing Albanese's Rights .................................................................................... 23

CONCLUSION ............................................................................................................................. 25

# TABLE OF AUTHORITIES

## CASES

Brown v. Dominic Prisco Transport, Inc.,
    1997 U.S. LEXIS 23709 (EDNY 1997) .................................................................. 21

Browning-Ferris Industries,
    691 F.2d 1117, 1122 (3rd Cir. 1982) ..................................................................... 13

Boire v. Greyhound Corp.,
    376 U.S. 473, 481 (1964) ......................................................................................... 13

Bonita Nurseries,
    326 NLRB 1164 (1998) ............................................................................................ 15

Bourgal v. Robco Contracting Enterprises, Ltd.,
    969 F. Supp. 854, (EDNY 1997) ............................................................................ 21

Canned Foods, Inc.,
    332 NLRB 1449 (2000) ............................................................................................ 19

Charles D. Bonanno Linen,
    454 U.S. 404, 412 (1982) ......................................................................................... 22

Clinton's Ditch Cooperative Co., Inc. v. NLRB,
    778 F2d 132 (2nd Cir. 1985)
    cert.denied, 479 U.S. 814 (1986) .................................................................... 12, 16

Fuchs v. Cristal Concrete Corp.,
    2006 U.S. Dist. LEXIS 48767 (EDNY 2006) ........................................................ 16

Goodman Piping Products, Inc. v. NLRB,
    741 F.2d 10, 11 (2nd Cir. 1984) ......................................................................22, 23

Hahn Motors, Inc.,
    283 NLRB 901, 901 (1987) .....................................................................................23

Hill Industries,
    320 NLRB 1116 (1996) ............................................................................................23

ICC Air Services Corp.,
    316 NLRB 395 (1995) ..............................................................................................19

## TABLE OF AUTHORITIES (Continued)

Jacobson v. Metropolitan Switchboard Company, Inc.,
    2007 U.S. Dist. LEXIS 43901 at *18 (EDNY 2007)........................................................22

John Deklewa & Sons,
    843 F.2d 770, 781 n. 13 (3rd Cir. 1988),
    cert. denied, 488 U.S. 889 (1988)........................................................................ 22

Lihli Fashions Corp. v. NLRB,
    80 F.3d 743 (2nd Cir. 1996)...................................................................................13, 16, 22

Longstreet Associates, L.P. v. Bevona,
    16 F. Supp. 2d 290, (SDNY 1998)..........................................................................15, 24

Naperville Ready Mix, Inc. v. NLRB,
    242 F.3d 744 (7th Cir. 2001) ..........................................................................................16

Newmark & Lewis, Inc. v. IBT Local 814,
    776 F. Supp. 102 (EDNY 1991) ...................................................................................15

NLRB v. Al Bryant, Inc.,
    711 F.2d 543, (3rd Cir. 1983),
    cert. denied, 464 U.S. 1039 (1984))..............................................................................16

NLRB v. Browning-Ferris Industries of Pennsylvania, Inc.,
    691 F.2d 1117, 1123-1124 (3rd Cir. 1982)....................................................................13

Nw. Ohio Adm'rs Inc. v. S.E.A. Builders Corp.,
    183 F. Supp. 2n 991 (ND Ohio 2002)............................................................................14

Prospect Lefferts Garden Neighborhood Assn.,
    269 NLRB 670 (1984) ...................................................................................................14

Radio & Television Broadcast Technicians Local Union 1264 v. Broadcast Service of Mobile, Inc.,
    380 U.S. 255, 256 (1965)...............................................................................................16

## STATUTES

380 U.S. 255, 256 (1965).......................................................................................................... 16