UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIME SQUARE CONSTRUCTION, INC.

                    Plaintiff,

      - against -

MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK & LONG ISLAND
AND GENERAL
LABORERS JATC, LOCAL UNION NO. 79,

                    Defendants.
------------------------------------------------------------X

07-CV-7250
(SAS)(AJP)

**Affidavit of Lowell Peterson, Esq.**

State of New York   )
                       ):
County of New York )

LOWELL PETERSON, ESQ., being duly sworn, deposes and says:

1. I am a director of Meyer, Suozzi, English & Klein, P.C., counsel to the Defendants in the above-captioned matter.

2. Exhibit A to this Affidavit is relevant pages from the Transcript of the deposition of Kevin O'Sullivan on October 26, 2007[1].

3. Exhibit B to this Affidavit is relevant pages from the Transcript of the deposition of Donal O'Sullivan on October 18, 2007.

4. Exhibit C to this Affidavit is relevant pages from the Transcript of the deposition of Joseph Cangelosi on October 18, 2007.

---

[1] I have attached copies of pages from the minuscript version of the transcript, which have four standard pages per sheet. I am mindful of this Court's rule limiting the number of exhibits attached to an affidavit and the number of pages per exhibit. Even if I used the non-minuscript versions of the transcripts, the number of pages would be well within this Court's limits.

1

5. Exhibit D to this Affidavit is pages from the transcript of the November 26, 2007 hearing before this Court[2].

_____
LOWELL PETERSON, ESQ.

Sworn to and subscribed before
me this 11th day of December, 2007.

_____
Notary Public

91295

BARBARA KAPPOCK
Notary Public, State Of New York
No. 01-4719234
Qualified In New York County
Commission Expires April 30, 20__

---

[2] This transcript was delivered to us only in electronic format.

2