# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Leila R. Pittaway
Associate
lpittaway@mwe.com
212.547.5630

December 14, 2007

BY FAX

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/07

RECEIVED
CHAMBERS OF
DEC 14 2007
JUDGE SCHEINDLIN

Re:  Time Square Const. Inc., v. MTDC et. al., 07-CV-7250 (SAS)

Dear Judge Scheindlin:

We represent the plaintiff in the above referenced matter. We write to request that your Honor extend Time Square's deadline to submit its reply memorandum of law, which is currently due on December 18, 2007. Unfortunately, lead counsel on this matter, Joel Cohen, had an unexpected death in the family last night. As such, we request that the Court extend the deadline for Time Square's reply memorandum to December 20, 2007. Mr. Peterson, counsel to the Defendants, has consented to our request.

Respectfully submitted,

Leila R. Pittaway

cc:  Lowell Peterson, Esq.

*Plaintiff's request is granted. The deadline for plaintiff's submission of the reply memorandum is hereby extended to December 20, 2007.*

*SO ORDERED*

*Date: New York, New York*
*December 14, 2007*
*Shira A. Scheindlin, USDJ*

U.S. practice conducted through McDermott Will & Emery LLP.

240 Madison Avenue  New York, New York  10017-4613  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com

TOTAL P.02