**ORIGINAL**

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

TIMES SQUARE CONSTRUCTION, INC.

v.

MASON TENDERS DISTRICT COUNCIL OF GREATER
NEW YORK

DOCUMENT # 22

Date: **February 19, 2008**

U.S.C.A.# **08-0537-cv**

U.S.D.C.# **07-CV-7250**

D.C. JUDGE: SHIRA A. SCHEINDLIN



**Notice To The Docket Clerk**

(  ) Original Record          (xxx) 1ˢᵗ Supplemental Record

The record in the above-entitled case was indexed to the U.S.C.A. for the Second Circuit on the 19ᵗʰ day of February, 2008.

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>February 19, 2008</u> |
| TIMES SQUARE CONSTRUCTION, INC.<br><br>v.<br><br>MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK | U.S.C.A.# <u>08-0537-cv</u><br><br>U.S.D.C.# <u>07-CV-7250</u><br><br>D.C. JUDGE: SHIRA A. SCHEINDLIN |

## 1ST SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

| Prepared by (Name) | Kevin Brown |
|---|---|
| Firms name: | Counsel Press LLC |
| | c/o Meyer, Suozzi, English & Klein, P.C. |
| Firms address: | 520 Eighth Avenue, 8th Floor |
| | New York, New York 10018 |
| Firms Phone Number: | 212-685-9800 |

### DISTRICT COURT DOCKET ENTRIES

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| 1) Transcript | 13 |
| 2) Transcript | 20 |
| 3) | |
| 4) | |
| 5) | |
| 6) | |
| 7) | |
| 8) | |
| 9) | |
| 10) | |
| 11) | |
| 12) | |
| 13) | |
| 14) | |
| 15) | |

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR<br>THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>February 19, 2008</u> |
| TIMES SQUARE CONSTRUCTION, INC. | U.S.C.A.# <u>08-0537-cv</u> |
| v. | U.S.D.C.# <u>07-CV-7250</u> |
| MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK | D.C. JUDGE: <u>SHIRA A. SCHEINDLIN</u> |

# 1st Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered <u>1</u> through <u>21</u>, inclusive, constitutes the 1st supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 19th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon

By _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: February 19, 2008 |
| TIMES SQUARE CONSTRUCTION, INC.<br><br>v.<br><br>MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK | U.S.C.A.# 08-0537-cv<br><br>U.S.D.C.# 07-CV-7250<br><br>D.C. JUDGE: SHIRA A. SCHEINDLIN |

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 11/29/2007 | Transcript |
| 01/10/2008 | Transcript |

J. Michael McMahon, Clerk

By: _____
Deputy Clerk